UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

Eastern District of Kentucky
F I L E D
APR 2 5 2012
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

STURGEON EQUIPMENT SALES &
RENTAL, INC., ASSIGNEE OF FIRST
NATIONAL BANK & TRUST,

    Plaintiff,

v.                                                Case No. 12-CV-00055

VIRGINIA DRILLING COMPANY, LLC,

    Defendant/Third-Party Plaintiff,

v.

INFINITY ENERGY INCORPORATED,

    Third-Party Defendant.

## THIRD-PARTY COMPLAINT

    NOW COMES the Third-Party Plaintiff and for its Complaint states as follows:

1. Third-Party Plaintiff has been named as a Defendant in this civil action.

2. Third-Party Defendant, Infinity Energy Inc. is a Kentucky Corporation with its principle place of business in Middlesboro, Kentucky.

3. That on or about June 13, 2008, Third-Party Plaintiff purchased from Third-Party Defendant Ingersoll Rand Model DM45 Drill, Serial No. 3932, for the sum of Three Hundred Eleven Thousand and 00/100 Dollars ($311,000.00), by contract. A copy of the bill of sale is attached hereto and marked as Exhibit 1.

4. Third-Party Plaintiff believes that at the time of this sale, Third-Party Defendant had purchased the subject drill from 2Energy, Inc., pursuant to 2Energy's authority to sell the

same under that agreed Judgment Order entered in the United States District Court for the Eastern District of Kentucky, Case No.: 6:05-CV-421.

5. By the authority of the agreed Judgment Order entered in the United States District Court for the Eastern District of Kentucky previously referred to, 2Energy Inc. had good and marketable title to the subject drill and was authorized to sell the same.

6. In the event that Plaintiff has a valid and enforceable lien on the subject drill, then this Third Party Plaintiff alleges that Third-Party Defendant did not have free and clear title to the subject drill at the time of the sale to Third Party Plaintiff and the Third-Party Plaintiff is entitled to refund of the proceeds used to purchase the subject drill from Infinity Energy, Inc.

7. In the alternative, Third-Party Defendant has the proceeds from the sale of the subject drill to Third-Party Plaintiff and is obligated to turn the same over to the Plaintiff pursuant to the Order granting Motion for Sale of Equipment entered in the Floyd Circuit Court in Civil Action 08-ci-1044 and to which Third-Party Defendant was a party thereto in order to give Third Party Plaintiff clear title to the subject drill.

8. Further, should Plaintiff be granted a judgment in this case, Third-Party Plaintiff is entitled to indemnity and contribution for the same as against Third-Party Defendant.

WHEREFORE, Third-Party Plaintiff requests judgment against Third-Party Defendant for either indemnity or contribution should an order of judgment be entered in favor of the Plaintiff. In the alternative, should Plaintiff obtain judgment against this Defendant including return of the subject drill, then Third-Party Plaintiff requests judgment against the Third-Party Defendant for refund of the purchase price of the drill of Three Hundred Eleven Thousand and 00/100 Dollars ($311,000.00) and any additional costs, including attorney fees which Third-Party Plaintiff may have incurred in this action.

                                            **Virginia Drilling Company, LLC**
                                            **By Counsel,**

__/s/ Robert P. Martin__
**Robert P. Martin (Bar #86143)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**(304) 345-4222**

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

STURGEON EQUIPMENT SALES &
RENTAL, INC., ASSIGNEE OF FIRST
NATIONAL BANK & TRUST,

    Plaintiff,

v.                                            Civil Action No. 12-CV-00055

VIRGINIA DRILLING COMPANY, LLC,

    Defendant/Third-Party Plaintiff,

v.

INFINITY ENERGY INCORPORATED,

    Third-Party Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **"Third Party Complaint"** was served upon the following parties by U.S. Mail on this day, April 23, 2012:

        Denise H. McClelland, Esq.
        Patricia K. Burgess, Esq.
        250 West Main Street, Suite 2800
        Lexington, Kentucky 40507

                      /s/ Robert P. Martin
                      **Robert P. Martin (Bar #86143)**
                      BAILEY & WYANT, PLLC
                      **500 Virginia Street, East, Suite 600**
                      Post Office Box 3710
                      **Charleston, West Virginia 25337-3710**
                      **(304) 345-4222**