UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:12-CV-00055-ART

STURGEON EQUIPMENT SALES AND RENTAL, INC.　　　　PLAINTIFF

VS.

VIRGINIA DRILLING COMPANY, LLC　　　　　　　　　DEFENDANT/
　　　　　　　　　　　　　　　　　　　　　　　　　　THIRD PARTY PLAINTIFF

VS.

INFINITY ENERGY, INC.　　　　　　　　　　　THIRD PARTY DEFENDANT

## NOTICE OF SETTLEMENT

\* \* \* \* \* \* \* \* \* \* \* \*

Comes the Third Party Defendant, Infinity Energy, Inc., by and through counsel, and hereby gives notice to the Court that the parties have recently settled the claims raised by the Defendant/Third Party Plaintiff, Virginia Drilling Company, LLC, in its Third Party Complaint. The parties are currently working on settlement documents and an Agreed Order of Dismissal will be submitted to the Court within 30 days.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Billy R. Shelton
　　　　　　　　　　　　　　　　BILLY R. SHELTON
　　　　　　　　　　　　　　　　Jones, Walters, Turner & Shelton PLLC
　　　　　　　　　　　　　　　　151 N. Eagle Creek Drive, Suite 310
　　　　　　　　　　　　　　　　Lexington, KY 40509
　　　　　　　　　　　　　　　　(859) 294-6868
　　　　　　　　　　　　　　　　(859) 294-6866 Facsimile

CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record who are certified for electronic filing:


/s/ Billy R. Shelton_____
BILLY R. SHELTON