UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**STURGEON EQUIPMENT SALES &**
**RENTAL, INC., ASSIGNEE OF FIRST**
**NATIONAL BANK & TRUST,**

    **PLAINTIFF,**

**v.**                                                                                                            **Civil Action No. 12-CV-00055**

**VIRGINIA DRILLING COMPANY**
**(DELAWARE), LLC,**

    **DEFENDANT,**

**v.**

**INFINITY ENERGY INCORPORATED,**

    **THIRD-PARTY DEFENDANT**

## MOTION TO ENFORCE SETTLEMENT

NOW COMES the Defendant and Third Party Plaintiff, Virginia Drilling Company, LLC and hereby moves this Court for an Order to enforce a settlement agreement entered into between Third Party Plaintiff and Third Part Defendant, Infinity Energy Incorporated. For its grounds, Third Party Plaintiff states as follows:

1. Third Party Plaintiff and Third Party Defendant entered into a settlement agreement on April 23, 2013 whereby Third Party Plaintiff agreed to accept $35,000 in full and final settlement of its claim against Third Party Defendant, Infinity Energy Incorporated.

2. On the same date, counsel for Infinity Energy requested Virginia Drilling's payment information and tax identification number and the same was provided via email on April 23, 2013.

3.     On April 24, 2013, Infinity Energy Incorporated filed with this Court a Notice of Settlement and further advised the Court that an Agreed Order of Dismissal would be submitted to the Court within thirty days.

4.     Pursuant to the Notice of Settlement, the Court ordered the parties to file an Agreed Order of Dismissal by May 27, 2013.

5.     Since that time, counsel for Virginia Drilling Company has contacted counsel for Infinity Energy inquiring into the issuance of the settlement check and to date; no settlement check has been forthcoming from Infinity Energy Incorporated.

6.     Infinity Energy Incorporated has not provided any reason for the purpose of the delay in consummating the settlement entered into between these parties.

Therefore, Virginia Drilling Company hereby requests from this Court an Order enforcing the settlement agreement between the parties, and further requests from this Court an Order that Virginia Drilling Company be reimbursed its attorneys' fees in pursing this motion.

                                                  **VIRGINIA DRILLING COMPANY,**
                                                  **By Counsel,**

  **/s/ Josef A. Horter**
**Josef A. Horter (WV Bar #1790)**
**Suleiman Oko-ogua (KY Bar #91664)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
jhorter@baileywyant.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**STURGEON EQUIPMENT SALES &
RENTAL, INC., ASSIGNEE OF FIRST
NATIONAL BANK & TRUST,**

    **PLAINTIFF,**

v.                                                          Civil Action No. 12-CV-00055

**VIRGINIA DRILLING COMPANY
(DELAWARE), LLC,**

    **DEFENDANT,**

v.

**INFINITY ENERGY INCORPORATED,**

    **THIRD-PARTY DEFENDANT**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing "Motion to Enforce Settlement" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, June 14, 2013:

Billy R. Shelton, Esq.
Jones, Walters, Turner & Shelton, PLLC
151 N. Eagle Creek Drive, Suite 310
Lexington, KY  40509
*Attorney For: Infinity Energy, Inc.*

Denise H. McClelland, Esq.
Patricia K. Burgess, Esq.
Frost Brown Todd
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
*Attorney for Plaintiff*

                            **/s/ Josef A. Horter**
**Josef A. Horter (WV Bar #1790)**
**Suleiman Oko-ogua (KY Bar #91664)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
jhorter@baileywyant.com