UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| STURGEON EQUIPMENT SALES & RENTAL, INC., Assignee of First National Bank & Trust, | ) ) ) ) | Civil No. 12-55-ART |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| VIRGINIA DRILLING COMPANY (DELAWARE), LLC, | ) ) ) | |
| Defendant, | ) ) | |
| v. | ) ) ) | |
| INFINITY ENERGY INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On April 25, 2013, upon learning that third-party plaintiff Virginia Drilling Company (Delaware), LLC, and third-party defendant Infinity Energy Incorporated had settled their dispute, R. 72, the Court issued an order discontinuing the case with prejudice. R. 73. The order retained jurisdiction for thirty days so the parties could consummate the settlement and allowed the parties to move to reopen the case within that window for specified reasons. *Id.* The thirty-day window closed on Monday, May 27, 2013. *See* Fed. R. Civ. P. 6(a)(1).

On June 14, 2013, the third-party plaintiff moved for an order enforcing the settlement agreement and for reimbursement of attorneys' fees. R. 74. Because the thirty-day window has already closed, the Court does not have jurisdiction to grant these motions.

*See* Memorandum Opinion and Order, *Asher v. Unarco Material Handling, Inc.*, No. 06-548-ART, 2012 WL 3912761 (E.D. Ky. Sept. 7, 2012).

Accordingly, it is **ORDERED** that the third-party plaintiff's motions for an order to enforce its settlement agreement with the third-party defendant and for reimbursement of attorneys' fees are **DENIED WITHOUT PREJUDICE**.

This the 17th day of June, 2013.

Signed By:
*Amul R. Thapar* AT
United States District Judge